648

Submitted March 21, 1977. Edward J. O'Halloran, for appellant; Randolph L. Goldman, Assistant District Attorney, and F. E¹ʳᵃmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 617

Commonwealth v. Wilkes, Appellant.

Submitted September 22, 1976. O. Robert Silverstein, for appellant; Glenn David Price, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

379 A.2d 617

Commonwealth v. Williams, Appellant.

Submitted April 11, 1977. Norman A. Levine, Public Defender, for appellant;

No appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 618

Commonwealth v. Williams, Appellant.

Submitted June 13, 1977. Robert B. Mozenter, for appellant; Michael R. Stiles, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence vacated. Pursuant to our recent holding in *Commonwealth v. Brown*, 248 Pa.Superior Ct. 289, 375 A.2d 102 (1977), we remand for the filing of post-verdict motions *nunc pro tunc*.

PRICE, J., dissents.

379 A.2d 618

Commonwealth v. Wojtczak, Appellant.